XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
KELLY A. SAMSON, State Bar No. 266927
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7317
 Fax: (916) 324-5205
 E-mail: Kelly.Samson@doj.ca.gov
*Attorneys for Defendants Kernan. Brown, Collier, Rubalcava, Trevino, Reynolds, Del Toro, Dalie, and Adams*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STACY ROJAS, et al.,** | 1:17-cv-01514 DAD MJS |
| Plaintiffs, | **STIPULATED EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **EDMUND G. BROWN, et al.,** | |
| Defendants. | |

**STIPULATION**

On January 26, 2018, Plaintiffs served their complaint on Defendants Rubalcava, Collier, Reynolds, Trevino, Dalie, and Del Toro. Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendants are required to file a responsive pleading by February 16, 2018, within 21 days of service.[1]

---

[1] Secretary Kernan was served on January 30, 2018. Governor Brown was served on February 1, 2018. Plaintiff's counsel is in the process of mailing the summons and complaint to individuals authorized to waive service on behalf of Defendants Herrera, Valencia, Johnson, and Adams. To avoid multiple filings, Defendants Rubalcava, Collier, Reynolds, Trevino, Dalie, Del Toro, Kernan, Brown, Herrera, Valencia, Johnson, and Adams will file one response to the Complaint based on the earliest service date.

Local Rule 144(a) permits the parties to stipulate, in writing, to extend the time within which to answer or otherwise to respond to the complaint.

The parties have met and conferred, and stipulate that the time for Defendants Rubalcava, Collier, Reynolds, Trevino, Dalie, Del Toro, Kernan, Brown, Herrera, Valencia, Johnson, and Adams to file a responsive pleading is extended for sixty (60) days, up to and including April 17, 2018.[2]

The parties further request that the Court vacate and reset the initial scheduling conference, thirty (30) days after the responsive pleading deadline.

Dated:  February 5, 2018                           Respectfully Submitted,

                                                   XAVIER BECERRA
                                                   Attorney General of California
                                                   CHRISTOPHER J. BECKER
                                                   Supervising Deputy Attorney General


                                                    */s/ Kelly A. Samson*
                                                   KELLY A. SAMSON
                                                   Deputy Attorney General
                                                   *Attorneys for Defendants*

Dated:  February 5, 2018                           SIEGEL & YEE


                                                   */s/ EmilyRose Johns* (as auth. on 2/5/2018)
                                                   EMILYROSE JOHNS
                                                   *Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated:  February 7, 2018                           /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

---

[2] Defense counsel cannot make any representations on behalf of unserved Defendant Tegtmeyer's behalf at this time.