# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND BROWN, et al., <br><br> Defendants. | Case No.: 1:17-cv-01514 DAD JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE |

In ordering this matter reclassified as a "civil" case, the Court took note that there were pleading deficiencies in the complaint. Consequently, it ordered the plaintiffs to show cause why certain defendants and causes of action should not be dismissed but permitted, if the plaintiffs chose, leave to file an amended complaint instead[1] (Doc. 23); they chose the latter option (Doc. 24). Therefore, the Court **ORDERS** the order to show cause is **DISCHARGED**[2].

IT IS SO ORDERED.

Dated: **May 8, 2018**          **/s/ Jennifer L. Thurston**

---

[1] The plaintiffs have chosen to omit one or more defendants and one or more causes of action. Because the amended complaint supersedes the original complaint, in essence, the plaintiffs have dismissed the omitted defendant and cause of action. *See Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) (explaining that as a general rule, an amended complaint supersedes the original complaint); *King v. Atiyeh,* 814 F.2d 565, 567 (9th Cir. 1987), overruled on other grounds by *Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012) ["All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived."]

[2] In discharging the order to show cause, the Court makes no comment as to the cognizability of the complaint and no comment whether the issues identified in its order to show cause were rectified.

UNITED STATES MAGISTRATE JUDGE