1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  KELLY A. SAMSON, State Bar No. 266927
   Deputy Attorney General
4  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7319
7   Fax: (916) 324-5205
    E-mail: Janet.Chen@doj.ca.gov
8  *Attorneys for Defendants Kernan, Brown, Collier,
   Rubalcava, Trevino, Reynolds, Del Toro, Dalie,*
9  *Adams, Valencia, Johnson, Herrera, and Espinoza*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STACY ROJAS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, et al.,**<br><br>Defendants. | 1:17-cv-01514 DAD JLT<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Doc. 27) |

**STIPULATION**

On May 1, 2018, Plaintiff filed a First Amended Complaint for Injunctive and Declaratory Relief and Damages. (ECF No. 24.)[1] Federal Rule of Civil Procedure 15(a)(3) provides that a responsive pleading is due within fourteen days of service of an amended pleading. Local Rule

---

[1] The Attorney General's Office does not represent unserved Defendant Tegtmeyer. In exchange for this stipulation to extend the time for Defendants to file a responsive pleading, Defendants have agreed to waive service for newly named Defendant Espinoza.

1

144(a) permits the parties to stipulate, in writing, to extend the time within which to answer or otherwise to respond to a complaint.

The parties have tentatively scheduled informal settlement discussions to take place on June 11, 2018. Accordingly, the parties stipulate that the time for Defendants to file a responsive pleading to the first amended complaint is extended for sixty days, up to and including July 14, 2018. The parties also stipulate and respectfully request that the Court set the scheduling conference in this matter on a date thirty days following the date that the defendants' responsive pleading is due.

Dated: May 18, 2018						Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General
KELLY A. SAMSON
Deputy Attorney General
JANET N. CHEN
Deputy Attorney General

*/s/ Janet Chen*
JANET N. CHEN
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 18, 2018						SIEGEL & YEE

*/s/ EmilyRose Johns* (as auth. on 5/18/18)
EMILYROSE JOHNS
*Attorney for Plaintiffs*

2

Stip. & [~~Proposed~~] Order for Extension of Time to Resp. to 1st Am. Compl. (1:17-cv-01514 DAD JLT)

**ORDER**

The stipulation for the third extension of time to respond to the complaint (Doc. 27) is **GRANTED**.  **However, absolutely no further extensions will be granted and no such requests will be entertained.**

IT IS SO ORDERED.

    Dated: __**May 22, 2018**__                    __**/s/ Jennifer L. Thurston**__
                                                              UNITED STATES MAGISTRATE JUDGE

3

Stip. & [Proposed] Order for Extension of Time to Resp. to 1st Am. Compl.  (1:17-cv-01514 DAD JLT)