UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　Defendants. | No. 1:17-cv-01514-DAD-JLT<br><br>ORDER OF REFERRAL TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, this action is hereby referred to Magistrate Judge Jennifer L. Thurston, for all further proceedings, including any necessary hearings, entry of appropriate orders as to non-dispositive matters, and submission to the undersigned of proposed findings and recommendations as to dispositive matters in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

Given this order, the September 5, 2018 hearing on defendants' motion for misjoinder and to dismiss before the undersigned is hereby vacated. That motion is now reset for hearing on August 29, 2018 at 9:30 a.m. before Magistrate Judge Thurston.

IT IS SO ORDERED.

Dated: **July 19, 2018**

　　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1