1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  STACY ROJAS, et al.,                    Case No.: 1:17-cv-01514-DAD-JLT
12              Plaintiffs,                  ORDER RECLASSIFYING CASE
13         v.
14  EDMUND G. BROWN, JR., et al.,
15              Defendants.
16

17         The events set forth in the complaint arose while the plaintiffs were in custody and it raises
18  claims related to the plaintiffs' conditions of confinement. The defendants in this action include
19  government employees and the State of California. Therefore, the Court **ORDERS** the matter to
20  be reclassified as a "prisoner action." Despite this, however, the requirements of Local Rules
21  230(l), 240(c)(8) and 271(a)(2) SHALL NOT apply.
22
23  IT IS SO ORDERED.
24     Dated:   __March 18, 2019__                    ____**/s/ Jennifer L. Thurston**
25                                              UNITED STATES MAGISTRATE JUDGE
26
27
28