UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | Case No.: 1:17-cv-1514 - DAD - JLT<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING AND AN EXTENSION OF TIME<br><br>(Doc. 59) |

On April 10, 2019, Defendants filed a request for screening of the Second Amended Complaint in this action pursuant to 28 U.S.C. 1915A(a). (Doc. 59) Defendants assert that "[t]he plain language of the statute requires that the Court screen all complaints brought on behalf of prisoners, regardless if the prisoner has counsel or is proceeding *pro se*. (*Id.* at 2) Defendants observe: "This Court routinely screens complaints brought by prisoners who are represented by counsel." (*Id.*, citing, *e.g.*, *Martinez v. Beard*, et al., 2014 WL 5305883, at n.1 (E.D. Cal. Oct. 15, 2014) (granting the defendants' request for screening despite representation by counsel). In addition, the defendants request "a thirty-day extension of time to respond to Plaintiff's Second Amended Complaint following the issuance of the screening order." (*Id.*)

///
///
///

1

Good cause appearing, the Court **ORDERS**:

1. Defendants' request for a screening (Doc. 59) is **GRANTED**[1]
2. Defendants' request for an extension of time is **GRANTED**; and
3. Defendants **SHALL** file an answer to the Second Amended Complaint within thirty days of any order addressing the merits of the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **April 12, 2019**            **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Court will screen the Second Amended Complaint as soon as is practicable.