# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDMUND G. BROWN, JR, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No.: 1:17-cv-01514 DAD JLT (PC) <br><br> ORDER WITHDRAWING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FOR SARAH LARA, CDCR # X-21757 AND IVETT AYESTAS, CDCR #X-31608 |

On April 11, 2019, the Court issued *writs of habeas corpus ad testificandum* to secure the attendance of Sarah Lara and Ivett Ayestas at a settlement conference in this matter. (Docs. 60, 61) However, the Court has vacated the conference. Accordingly, the Court **ORDERS** that the *writ of habeas corpus ad testificandum* issued for Sarah Lara and Ivett Ayestas are **WITHDRAWN**.

IT IS SO ORDERED.

Dated: **April 24, 2019**              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE