**[Exempt From Filing Fee Government Code § 6103]**

DAVID W. TYRA, State Bar No. 116218
*dtyra@kmtg.com*
CECILIA L. MARTIN, State Bar No. 301027
*cmartin@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant Lieutenant Timothy Tegtmeyer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, IVETT AYESTAS, and SARAH LARA,<br><br>Plaintiffs,<br><br>v.<br><br>LIEUTENANT TIMOTHY TEGTMEYER, et al.,<br><br>Defendants. | Case No. 1:17-CV-01514-DAD-JLT<br><br>**[~~PROPOSED~~] ORDER RE JOINT APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(Doc. 96) |

The parties have stipulated to allow the defendants additional time to file their responsive pleading. Good cause appearing, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The defendants SHALL file their responsive pleading no later than December 13, 2021.

IT IS SO ORDERED.

Dated:  **December 8, 2021**          _/s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

2158127.1  13864-015

[PROPOSED] ORDER RE JOINT APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT