# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al., | Case No. 1:17-cv-01514-ADA-BAK (SAB) |
| Plaintiffs, | ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF Nos. 92, 104) |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

A scheduling order for this matter issued on November 17, 2021. (ECF No. 92.) On September 13, 2022, the parties filed a stipulation to continue case management deadlines, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 104.) The parties seek to modify nearly all deadlines, including the dispositive motion deadline and the pretrial conference date. Trial has not yet been set in this matter, but the parties seek a trial date in January 2024. The parties proffer they are diligently moving forward with completing discovery, have exchanged an extensive amount of documents, and are currently negotiating over a protective order that will result in another substantial production of documents. The parties further proffer the anticipated subsequent production will need to be reviewed before they can complete depositions. The Court finds good cause exists to grant the parties' stipulated motion.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 104) is GRANTED. However, due to the reassignment of this action to District Judge Ana de Alba, the Court shall reset the pretrial conference (previously set before District Judge Dale A. Drozd) and set a trial date before Judge De Alba. The scheduling order is thus modified as follows[1]:

1. Non-Expert Discovery Deadline: **January 30, 2023**;
2. Expert Disclosure Deadline: **February 13, 2023**;
3. Expert Discovery Deadline: **April 10, 2023**;
4. Settlement Conference: **February 7, 2023 at 10 a.m., in Courtroom 7, before Magistrate Judge Sheila K. Oberto** (no change);
5. Dispositive Motion Deadline: **August 28, 2023**;
6. Pretrial Conference: **February 5, 2024, at 1:30 p.m., in Courtroom 1, before District Judge Ana de Alba**; and
7. Trial: **April 9, 2024, at 8:30 a.m., in Courtroom 1, before District Judge Ana de Alba**.

IT IS SO ORDERED.

Dated:   **September 14, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes the parties proffered a number of additional deadlines, such as settlement demand deadline and last day for hearing on dispositive motions. While these internal deadlines are certainly permitted for the parties, this Court does not require such deadlines in its scheduling order and has omitted them from its order. Further, the parties are advised that all cutoff deadlines are inclusive of any motions and hearing dates.