# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, et al., | Case No. 1:17-cv-01514-ADA-BAK |
| Plaintiffs, | ORDER REQUIRING SERVICE OF STATEMENT OF DEATH ON SUCCESSOR IN INTEREST |
| v. | |
| EDMUND G. BROWN, JR., et al., | (ECF No. 108) |
| Defendants. | TWENTY-ONE DAY DEADLINE |

On September 20, 2022, Plaintiffs filed a notice of suggestion of death upon the record, pertaining to Plaintiff Sarah Lara. (ECF No. 108.)

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

> [i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). The Ninth Circuit has held that there are two affirmative steps that trigger the running of the ninety-day period in Rule 25(a)(1). See Barlow v. Ground, 39 F.3d 231, 233 (9th Cir. 1994). First, a party must formally suggest the death of the party upon the record. Id. (citations omitted). Second, the suggestion of death must be served on parties in accordance with Rule 5 and served on nonparties in accordance with Rule 4. Id. (citation omitted); Fed. R. Civ. P. 25(a)(3)).

1    Here, the filing contains no indication that the statement has been served on Plaintiff's successor or representative.  As Plaintiff's successor or representative has 90 days from the service of the statement noting Plaintiff's death to file a motion for substitution, the Court shall order service on any nonparty successor or representative be completed within twenty-one (21) days of entry of this order.

   Accordingly, IT IS HEREBY ORDERED that within twenty-one (21) days, proof shall be filed that the statement noting Plaintiff's death has been served on Plaintiff Sarah Lara's successor or representative, or a notice to the Court concerning locating such successor or representative.

IT IS SO ORDERED.

Dated:   **September 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE