UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., *et al.*<br><br>Defendants. | Case No. 1:17-cv-01514-ADA-CDB<br><br>ORDER ON STIPULATION GRANTING LEAVE TO DEPOSE INMATES<br><br>(Doc. 122) |

On January 23, 2023, this Court granted in part and denied in part the second joint request to continue case management deadlines. (Doc. 120). Among other things, the Court granted a brief extension of the time to complete non-expert discovery – no later than March 16, 2023. *Id*. at 2.

Pending before the Court is the parties' stipulation for leave to depose inmates, filed on February 10, 2022. (Doc. 122). In light of the stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1. Defendants may take the deposition of Plaintiff Yvett Ayestas (CDCR No. X31608) and third-party Sandra Rocha (CDCR No. AX09553) pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), upon reasonable notice to all parties, and in compliance with Federal Rule of Civil Procedure 45 as to Sandra Rocha; and

2. Depositions may be taken by remote means, with a court reporter at a remote location

and not personally present with the deponent.

IT IS SO ORDERED.

Dated: **February 13, 2023**

_____
UNITED STATES MAGISTRATE JUDGE