UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY ROJAS, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., *et al*.<br><br>Defendants. | Case No. 1:17-cv-01514-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING THE PERIOD TO COMPLETE NON-EXPERT DISCOVERY<br><br>(Doc. 129) |

A scheduling order for this matter issued on November 17, 2021. (Doc. 92). The parties filed a request to continue the case management deadlines by four months on September 13, 2022, and the Court granted the parties' request the following day. (Docs. 104-105).

On January 18, 2023, the parties filed a second stipulation seeking to continue case management deadlines. (Doc. 119). The Court granted in part and denied in part the parties' request providing a brief extension of the fact and expert discovery deadlines. (Doc. 120). On March 9, 2023, the parties' filed a stipulation for a two-week continuance of non-expert discovery. (Doc. 129). Based on the representations of the parties in the stipulation and for good cause appearing, it is HEREBY ORDERED:

1. The non-expert discovery deadline is continued to March 30, 2023, for the sole purpose of facilitating the completion of production of Defendants' emails, personnel files, electronic exhibits and the completion of Defendants Herrera, Collier, and

Tegtmeyer's depositions.

IT IS SO ORDERED.

Dated: **March 10, 2023**

UNITED STATES MAGISTRATE JUDGE